UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------- X

JAVONE BROWN,

                                                   Plaintiff,

     - against -

CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, POLICE OFFICERS JOHN DOE #1,
JOHN DOE #2, JOHN DOE #3, JOHN DOE #4, JANE
DOE #1, and, POLICE SERGEANT JOHN DOE #1,

                                         Defendants.

---------------------------------------------------------------------------- X

**STIPULATION OF
VOLUNTARY
DISMISSAL AND
WITHDRAWAL
WITHOUT PREJUDICE
PURSUANT TO FED. R.
CIV. P. 41(a)(1)(A)(ii)**

20 Civ. 5169 (PGG)

      **IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between the parties herein, that any and all of the claims that were asserted or could have been asserted on behalf of the plaintiff, JAVONE BROWN, against defendant, CITY OF NEW YORK and CITY OF NEW YORK s/h/a NEW YORK CITY POLICE DEPARTMENT, including their successors and assignees, and all past and present officials, employees, representatives and agents of the City, arising out of the events alleged in the Complaint in this matter, <u>Javone Brown v. City of New York, et al.</u>, 20-cv-05169 (PGG), are hereby dismissed and withdrawn, without prejudice, and without costs, expenses or attorney's fees to either party.

Dated: October 28th, 2020
        New York, New York

WALTER JOHN THOMPSON, ESQ.
Thompson Law, P.C.
*Attorney Plaintiff Brown*

By: _____
      WALTER JOHN THOMPSON, ESQ.
      250 West 57th Street, Suite 1632
      New York, New York 10007
      (646) 670-1672
      wjohnthompson@gmail.com

The Clerk of Court is directed to close this case.
SO ORDERED:

_____
HONORABLE PAUL G. GARDEPHE
United States District Judge
November 4, 2020

GEORGIA M. PESTANA
Acting Corporation Counsel
of the City of New York
*Attorney for Defendant City*

By: _____
      LADONNA S. SANDFORD
      *Senior Counsel*
      100 Church Street
      New York, New York 10007
      (212) 356-3156
      lsandfor@law.nyc.gov